# EXHIBIT 3

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | | | | |
| 11. | NAME | | | | |
| 12. | NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

_____  _____  _____  _____
DATE         TYPE/PRINT NAME OF PERSON COMPLETING FORM      TITLE          SIGNATURE

SI-200 (REV 01/2013)              **Page 1 of 1**                APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**G737068**

**FILED**

In the office of the Secretary of State
of the State of California

**JUN-19 2019**

This Space for Filing Use Only

1. **CORPORATE NAME**
   WAVE PLASTIC SURGERY CENTER ARCADIA, INC.

2. **CALIFORNIA CORPORATE NUMBER**   C3911364

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE
   400 N. SANTA ANITA AVE., ARCADIA, CA 91006

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
   400 N. SANTA ANITA AVE., ARCADIA, CA 91006

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE
   ACCOUNTING DEPARTMENT   3070 BRISTOL ST. #610, COSTA MESA, CA 92626

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE   3689 WILSHIRE BLVD., STE 207, LOS ANGELES, CA 90010

8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE   3689 WILSHIRE BLVD., STE 207, LOS ANGELES, CA 90010

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE   3689 WILSHIRE BLVD., STE 207, LOS ANGELS, CA 90010

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

10. NAME | ADDRESS | CITY | STATE | ZIP CODE
    PETER G LEE   3689 WILSHIRE BLVD., STE 207, LOS ANGELES, CA 90010

11. NAME | ADDRESS | CITY | STATE | ZIP CODE

12. NAME | ADDRESS | CITY | STATE | ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
    PETER G LEE

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE
    3689 WILSHIRE BLVD., STE 207, LOS ANGELS, CA 90010

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    PHYSICIAN OFFICE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/19/2019 | PETER G LEE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**G739370**

**FILED**

In the office of the Secretary of State
of the State of California

**JUN-20 2019**

This Space for Filing Use Only

1. **CORPORATE NAME**
   WAVE PLASTIC SURGERY CENTER IRVINE, INC.

2. **CALIFORNIA CORPORATE NUMBER**   C3911527

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
   2700 ALTON PARKWAY STE 231, IRVINE, CA 92606
5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
   2700 ALTON PARKWAY STE 231, IRVINE, CA 92606
6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE
   ACCOUNTING DEPARTMENT    3070 BRISTOL ST. # 610, COSTA MESA, CA 92626

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELS, CA 90010
8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELS, CA 90010
9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, COSTA MESA, CA 90010

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
    PETER G LEE    3680 WILSHIRE BLVD STE207, COSTA MESA, CA 90010
11. NAME — ADDRESS — CITY — STATE — ZIP CODE
12. NAME — ADDRESS — CITY — STATE — ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**   If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
    PETER G LEE
15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    PHYSICIAN OFFICE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/20/2019 | PETER G LEE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)         Page 1 of 1         APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**G737397**

**FILED**

In the office of the Secretary of State
of the State of California

**JUN-19 2019**

This Space for Filing Use Only

1. **CORPORATE NAME**
   WAVE PLASTIC SURGERY CENTER R. H., INC.

2. **CALIFORNIA CORPORATE NUMBER**   C3911528

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE
   18435 COLIMA ROAD, ROWLAND HEIGHTS, CA 91748

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
   18435 COLIMA ROAD, ROWLAND HEIGHTS, CA 91748

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE
   ACCOUNTING DEPARTMENT    3070 BRISTOL ST. # 610, COSTA MESA, CA 92626

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
   PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME | ADDRESS | CITY | STATE | ZIP CODE
    PETER G LEE    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

11. NAME | ADDRESS | CITY | STATE | ZIP CODE

12. NAME | ADDRESS | CITY | STATE | ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
    PETER G LEE

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE
    3680 WILSHIRE BLVD STE207, LOS ANGELES, CA 90010

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    PHYSICIAN OFFICE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/19/2019 | PETER G LEE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)                **Page 1 of 1**                APPROVED BY SECRETARY OF STATE



**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | WAVE PLASTIC SURGERY CENTER SAN FRANCISCO, INC. |
| Entity (File) Number: | C4118826 |
| File Date: | 06/02/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GF99422 |

**Detailed Filing Information**

1. Entity Name: WAVE PLASTIC SURGERY CENTER SAN FRANCISCO, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      450 SUTTER ST. #1900, 1918,
      SAN FRANCISCO, California 94108
      United States of America

   b. Mailing Address:
      3070 Bristol St #610
      Costa Mesa, California 92626
      United States of America

   c. Street Address of Principal Executive Office:
      450 SUTTER ST. #1900, 1918,
      SAN FRANCISCO, California 94108
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Peter G Lee
      3070 Bristol St #610
      Costa Mesa, California 92626
      United States of America

   b. Secretary:
      Peter G Lee
      3070 Bristol St #610
      Costa Mesa, California 92626
      United States of America

Document ID: GF99422

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:            Peter G Lee
3070 Bristol St #610
Costa Mesa, California 92626
United States of America

4.  Director:           Peter G Lee
3070 Bristol St #610
Costa Mesa, California 92626
United States of America

Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    Afi Moghani
3070 Bristol St. #610
Costa Mesa, California 92626
United States of America

6.  Type of Business:    PHYSICIAN OFFICE

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Afi moghani

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF99422